JS - 6

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 2 1 2013

CENTRAL DISTRICT OF CALIFORNIA
BY    sh-7    DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 2 1 2013

CENTRAL DISTRICT OF CALIFORNIA
BY    Sh-7    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| IMADE JATI, | Case No.  SACV 12-02073 GAF (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| DAVID B. LONG, Warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: October 18, 2013

_____

GARY A. FEESS
UNITED STATES DISTRICT JUDGE

JS - 6